## ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Technology Associates International Corporation | ) ASBCA No. 61179 |
| | ) |
| Under Contract Nos. N66001-06-D-0103 | ) |
| HQ0034-06-F-1160 | ) |

APPEARANCES FOR THE APPELLANT:     J. Chris Haile, Esq.
                                   Skye Mathieson, Esq.
                                     Crowell & Moring LLP
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
                                     DCMA Chief Trial Attorney
                                   Samuel W. Morris, Esq.
                                     Trial Attorney
                                     Defense Contract Management Agency
                                     Chantilly, VA

### ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 26 April 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61179, Appeal of Technology Associates International Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals